# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JESSICA LEWIS-MONEY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:10CV0193 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

IT THEREFORE IS **ORDERED** THAT:

    1.    The Report and Recommendations filed on July 1, 2011 (Doc. #15) are ADOPTED in full;

    2.       The ALJ's decision is VACATED;

    3.       No finding is made regarding whether Plaintiff is under a "disability" within the meaning of the Social Security Act;

    4.       This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendations and this Decision; and

    5.       The case is TERMINATED on the docket of this Court.

                                          s/Thomas M. Rose

July 19, 2011

                                                    Thomas M. Rose
                                          United States District Judge

Copies furnished to:

    Counsel of Record