# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JESSICA LEWIS-MONEY, :

    Plaintiff, :

                                 Case No. 3:10cv00193

:

  vs.                                District Judge Thomas M. Rose
                           :        Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration, : **DECISION AND ENTRY**

:

    Defendant.

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 20, 2011 (Doc. #22) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act (Doc. #19) is GRANTED;

3. Plaintiff is granted an award of attorney fees in the total amount of $2,920.77;

4. Plaintiff's Motion for Attorney Fees Under Equal Access To Justice Act (Doc. #20) is DENIED as moot; and

5. The case remains terminated on the docket of this Court.

January 18, 2012                                         *s/THOMAS M. ROSE*

                                                        Thomas M. Rose
                                      United States District Judge